*Jeffrey Wicks, PLLC*
*Attorney and Counselor at Law*

Suite 318 Executive Building
36 West Main Street
Rochester, New York 14614

Jeffrey Wicks

Cheryl M. Personte, Paralegal

Phone 585.325.6070
Fax 585.325.6082
Email: wickslaw@rochester.rr.com

December 11, 2006

**VIA FAX AND U.S. MAIL**

Hon. Michael A. Telesca
Judge of the United States District Court
Western District of New York
272 U.S. Courthouse
100 State Street
Rochester, New York 14614

Re:   *Duryea v. Livingston Co., et al.*
      06-CV-6436T(P)
      Motion Date: December 21, 2006

Dear Judge Telesca:

According to my calculation of eight (8) business days before the motion date (submitted) of December 21, 2006, Plaintiff's responding papers to Defendant's Motion to Dismiss was due today. Opposing Counsel, Frank V. Balon, Esq., has graciously consented to an adjournment of two (2) weeks so that we may complete our response. Accordingly, I respectfully request an adjournment of two (2) weeks in this matter.

Thank you for your attention to this matter.

Respectfully,

Jeffrey Wicks

**SO ORDERED**

S/MICHAEL A. TELESCA
―――――――――――――――――
MICHAEL A. TELESCA
United States District Judge

DATED:   12/11/2006